**Laura Ann RAMBALDI,**
**Plaintiff–Appellant,**

v.

**CITY OF MOUNT VERNON, Jean Johnson, Peggy Slattery, Ernest D. Davis, Mayor, individually and as an Official of the City of Mount Vernon, Anne Madden, Officer, individually and as a Police Officer of the City of Mount Vernon, Joseph P. Pizzuti, Captain, individually and as an Official of the City of Mount Vernon,** **Michael F. Mosca, Chief, individually and as an Official of the City of Mount Vernon, Gertrude La Forgia, Police Commissioner, individually and as an Official of the City of Mount Vernon, Defendants–Appellees.**

**No. 03–0147.**

United States Court of Appeals,
Second Circuit.

May 13, 2004.

Laura Ann Rambaldi, Riverdale, NY, for Appellant, pro se.

Louis J. Martino, Martino & Weiss, Mt. Vernon, NY, for Appellees.

PRESENT: MESKILL, LEVAL and CABRANES, Circuit Judges.

SUMMARY ORDER

For substantially the reasons stated by Magistrate Judge Yanthis in his thorough Memorandum Order of April 1, 2003, *Rambaldi v. Mount Vernon,* No. 01–cv–03648–GAY (S.D.N.Y. Apr. 1, 2003), the judgment of the District Court is AFFIRMED.